**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASMIN CADAVID,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:21-cv-01010-JCM-DJA<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

   Plaintiff Jasmin Cadavid ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

   1. On May 26, 2021, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 8, 2021.

   2. On June 30, 2021, counsel for Trans Union communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and, on July 6, 2021, Plaintiff's counsel agreed to the extension.

   3. The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The

additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4.    Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 29, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 7th day of July 2021.

**Quilling Selander Lownds**
**Winslett & Moser, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**Price Law Group APC**

*/s/ Steven A. Alpert*
Steven A Alpert
alpert@pricelawgroup.com
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
(702) 794-2008
(866) 401-1457 Fax
***Counsel for Plaintiff***

4884193.1

**<u>ORDER</u>**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this ___8th___ day of _____July_____ 2021.

_____

**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2021, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Steven A Alpert
alpert@pricelawgroup.com
Price Law Group, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
(702) 794-2008
(866) 401-1457 Fax
***Counsel for Plaintiff***

_____
*/s/ Jennifer Bergh*
**JENNIFER BERGH**

4884193.1