Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMIN CADAVID,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:21-cv-01010-JCM-DJA<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint filed: May 26, 2021 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Jasmin Cadavid ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on May 26, 2021. (ECF No. 1.) Pursuant to a stipulation and court order extending Experian's original deadline to respond to the Complaint, the current deadline for Experian to respond to the Complaint is July 29, 2021. (ECF Nos. 7, 10.) The first extension was to allow Experian an opportunity to investigate the facts, which it has done.

Experian is now discussing potential resolution of this action with Plaintiff. To avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an additional extension until August 12, 2021, to file its responsive pleading.

This is Experian's second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 29th day of July 2021.

| NAYLOR & BRASTER | PRICE LAW GROUP, APC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>    Jennifer L. Braster<br>    Nevada Bar No. 9982<br>    1050 Indigo Drive, Suite 200<br>    Las Vegas, NV 89145<br><br>    Katherine A. Neben<br>    Nevada Bar No. 14590<br>    JONES DAY<br>    3161 Michelson Drive, Suite 800<br>    Irvine, CA 92612 | By: */s/ Steven A. Alpert*<br>    Steven A. Alpert<br>    Nevada Bar No. 8353<br>    5940 S. Rainbow Blvd., Suite 3014<br>    Las Vegas, NV 89118<br><br>*Attorneys for Plaintiff*<br>*Jasmin Cadavid* |

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

DATED this 30th day of July 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE